JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HERRERA,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES;<br>ANTHONY LOPEZ; SCOTT COOK;<br>and DOES 1 - 10, inclusive.<br><br>        Defendants | CASE NO: CV 13-8831 AB (ASx)<br><br>**Assigned to: Judge Andre Birotte, Jr.**<br>**Courtroom: 4 - 2nd Floor**<br><br><br>**JUDGMENT ON SPECIAL VERDICT**<br><br>**TRIAL: June 30, 2015** |

    On June 30, 2015, the foregoing matter was called for trial in Courtroom 4 of the United States District Court, the Honorable Judge Andre Birotte Jr. Presiding. The parties answered ready for Trial. On June 30, 2015, a panel of jurors was called and sworn.

    The case was tried to the jury and on July 7, 2015, the case was then submitted to the jury for deliberation.

    On July 9, 2015, the jury returned a unanimous verdict as follows:

///

///

///

///

1

1  We answer the Questions submitted to us as follows:

2  **Question 1**: Did any of the following defendants use excessive or unreasonable
3  force to detain Plaintiff Juan Herrera?

4      Scott Cook        YES _____        NO  ✓

5      Anthony Lopez    YES _____        NO  ✓

6  *If you answered YES to any part of Question 1, please proceed to Question 2.*
7  *Otherwise, STOP HERE do not answer any further questions and have the presiding*
8  *juror sign and date this form.*

9  **Question 2**: Was any of the following defendants' use of excessive or
10 unreasonable force a substantial factor in causing injury, damage, loss, or harm to
11 Plaintiff Juan Herrera?

12     Scott Cook        YES _____        NO _____

13     Anthony Lopez    YES _____        NO _____

14 *If you answered YES to any part of Question 2, please proceed to Question 3.*
15 *Otherwise, STOP HERE do not answer any further questions and have the presiding*
16 *juror sign and date this form.*

17 **Question 3**: What are Plaintiff Juan Herrera's Damages?

18     **a.**    **Future economic damages, including**    $_____
19             **medical expenses, personal care, etc.**

20     **b.**    **Past noneconomic damages,**    $_____
            **including, physical pain, disability,**
21             **disfigurement, etc.**

22     **c.**    **Future noneconomic damages,**    $_____
            **including physical pain, disability,**
23             **disfigurement, etc**.

24 **Have the presiding juror sign and date this form.**

25     Dated:  July 9, 2015        Signed:    Redacted
                                                    Presiding Juror
26 After this verdict form has been signed and dated, please deliver the verdict form
27 to the bailiff.
28 ///

# ORDER

Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that judgment on the merits be entered in favor of the Defendants, **CITY OF LOS ANGELES, SCOTT COOK and ANTHONY LOPEZ**, and against Plaintiff, JUAN HERRERA, that the Plaintiff take nothing; and that the Defendants, **CITY OF LOS ANGELES, SCOTT COOK and ANTHONY LOPEZ**, as the prevailing parties, shall be entitled to recover their costs reasonably incurred in defense of this action per the cost bill in the amount of $  (To be determined from the Bill of Costs         .

Dated: August 6, 2015

_____
**HONORABLE ANDRÉ BIROTTE JR.**
United States District Judge